IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

JENNIFER FINLEY
A/K/A JENNIFER WYSOCKI
    *Plaintiff*

CIVIL ACTION NO. _____

VERSUS

PORTFOLIO RECOVERY ASSOCIATES, LLC
    *Defendant*

### COMPLAINT AND DEMAND FOR JURY TRIAL

NOW INTO COURT through undersigned counsel comes the plaintiff herein, Jennifer Finley a/k/a Jennifer Wysocki, who respectfully alleges and avers as follows:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for the defendant's violations of the Fair Debt Collections Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

### II. JURISDICITION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Made plaintiff herein is Jennifer Finley a/k/a Jennifer Wysocki (hereinafter "Finley" or "plaintiff"), who is a natural person who resides and is domiciled in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Made defendant herein is Portfolio Recovery Associates, LLC (hereinafter "PRA" or "defendant") who is a foreign corporation organized under the laws of the State of Delaware and with

a registered address of 120 Corporate Boulevard, Suite 100, Norfolk, Virginia 23502, and whose registered agent for service of process in Louisiana is Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802.  PRA, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as that term is defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On April 24, 2014, PRA, through its attorneys Couch, Conville & Blitt, filed a Petition in Suit on Open Account (hereinafter "lawsuit") against Finley in the 19th Judicial District Court for the Parish of East Baton Rouge.  This lawsuit was entitled *Portfolio Recovery Associates, LLC versus Jennifer Wysocki*, Suit Number 630016, Section 22.

6. Upon receipt of the lawsuit, plaintiff hired undersigned counsel to defend her.  Plaintiff incurred $1,535.55 in legal fees and costs in defense of this lawsuit.

7. On November 3, 2014, Finley, through undersigned counsel, filed Exceptions of No Cause of Action and No Right of Action.

8. PRA filed the collection lawsuit against plaintiff without basis.  Plaintiff's Exceptions of No Cause of Action and No Right of Action were sustained and PRA's lawsuit was dismissed by order of the court dated May 2, 2016.  Please see attached order.

9. As a result of PRA's meritless collection lawsuit, plaintiff incurred legal fees and costs, and suffered anxiety, embarrassment and emotional distress.

## V. VIOLATIONS OF FDCPA

10. Defendant, PRA, violated numerous provisions of the FDCPA including but not limited to 15 U.S.C. §§ 1692e, 1692f, and 1692g.

11. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

12. Plaintiff demands a jury trial.

WHEREFORE the plaintiff, Jennifer Finley a/k/a Jennifer Wysocki, respectfully requests that the Court grant the following relief in her favor and against the defendant, Portfolio Recovery Associates, LLC, for:

A. Statutory damages;

B. Actual damages;

C. Additional damages;

D. Attorney fees, court costs, and litigation expenses; and

E. Such other and further relief that the Court deems due and appropriate.

Date: 9/23/2016

RESPECTFULLY SUBMITTED:

J. David Andress (27944)
Stephen R. Pokorski (36625)
ANDRESS LAW FIRM, LLC
172 Lee Drive, Suite 4A
Baton Rouge, Louisiana 70808
Telephone: (225) 771-8220
Facsimile: (225) 771-8301
Email: david@andresslawfirm.com
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

JENNIFER FINLEY
A/K/A JENNIFER WYSOCKI
   *Plaintiff*

CIVIL ACTION NO. _____

**VERSUS**

PORTFOLIO RECOVERY ASSOCIATES, LLC
   *Defendant*

## VERIFICATION

I, Jennifer Finley, have read the allegations contained in the above and foregoing Complaint and Demand for Jury Trial and hereby verify that the allegations are true and correct to the best of my knowledge, information, and belief.

Date: 9/23/16

_____
Jennifer Finley